# Notice Recipients

District/Off: 0315–7   User: dkam   Date Created: 8/17/2018
Case: 18–70582–JAD   Form ID: pdf900   Total: 12

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr         Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty      Kenneth P. Seitz         thedebterasers@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db              Michael L Ressler         605 Fairfield Avenue         Johnstown, PA 15906
cr              PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
14898354        Ally Financial         200 Renaissance Ctr         Detroit, MI 48243
14898355        Loancare Servicing Ctr         3637 Sentara Way         Virginia Beach, VA 23452
14898356        Midland Funding, LLC         2365 Northside Drive, Suite 300         San Diego, CA 92108
14898357        Nw Bank Fka Nw Savngs         100 Liberty St         Warren, PA 16365
14899020        PRA Receivables Management, LLC         PO Box 41021         Norfolk, VA 23541
14898358        Robert J. Crawley, Esquire         Phelan Hallinan Diamond & Jones, LLP         1617 JFK Boulevard, Suite 1400         One Penn Center Plaza         Philadelphia, PA 19103
14898359        Synchrony Bank/Lowes         P.O. Box 530914         Atlanta, GA 30353

TOTAL: 9