# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Michael L. Ressler,**

      **Debtor**

Case No. 18-70582-JAD

Chapter 13

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of August, 2023, a true and correct copy of the Order dated April 18, 2023, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

KIRCON-BRECO SERVICES, LLC
112 ATLEE STREET
JOHNSTOWN, PA 15905

MICHAEL L. RESSLER
605 FAIRFIELD AVENUE
JOHNSTOWN, PA 15906

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: April 19, 2023

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470