**Fill in this information to identify the case:**

Debtor 1    <u>MICHAEL L RESSLER aka Mike Ressler</u>

Debtor 2   _
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Western</u> District of <u>Pennsylvania</u>

Case number <u>18-70582-JAD</u>

---

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of Creditor:**    <u>Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC</u>

**Court claim no.** (if known):
<u>4</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>3921</u>

**Property address:**    <u>605 Fairfield Ave</u>
                Number  Street
                <u>Ligonier, PA 15906</u>
                City     State     ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:       $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: <u>10/01/2023</u>
                                                   MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.   Total postpetition ongoing payments due:                (a)   $ _____

    b.   Total fees, charges, expenses, escrow, and costs outstanding:     +(b)   $ _____

    c.   **Total**. Add lines a and b.                               (c)   $ _____

    Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became     _____
due on:                                          MM/DD/YYYY

Debtor 1   MICHAEL L RESSLER aka Mike Ressler           Case number *(if known)* 18-70582-JAD
     First         Middle         Last

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗** /s/Mario Hanyon                   Date  10/27/2023
        Signature

Print        Mario Hanyon                                   Title   Attorney
            First Name             Middle Name         Last Name

Company     Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address       3825 Forrestgate Dr.
            Number           Street

              Winston-Salem, NC 27103
            City                    State         ZIP Code

Contact phone    844-856-6646    Email PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Johnstown Division*

| | |
|---|---|
| IN RE:<br>MICHAEL L RESSLER aka Mike Ressler | Case No. 18-70582-JAD<br>Chapter 13 |
| Lakeview Loan Servicing, LLC enote vesting--<br>Nationstar Mortgage LLC,<br>      Movant | |
| | Hearing Date: TBD |
| | Hearing Time: TBD |
| | Objection Date: TBD |
| vs. | |
| MICHAEL L RESSLER aka Mike Ressler ,<br>      Debtor<br>and | |
| Ronda J Winnecour<br>      Respondent | |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

      I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Kenneth P Seitz, Esq.
P.O. Box 211
Ligonier, PA 15658
*Counsel for Debtor*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

<u>Via First Class Mail</u>:

Michael L Ressler
605 Fairfield Avenue
Johnstown, PA 15906
*Debtor*

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>October 27, 2023</u>

<div style="margin-left:40%">

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

</div>

**PAWB Local Form 7 (07/13)**